**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONNY C. PICKARD**                                                                 **PLAINTIFF**

**V.**                                          **4:11CV00222-BRW**

**KARL BYRD**                                                                         **DEFENDANT**

**ORDER**

Plaintiff Donny Pickard, an Arkansas Department of Correction ("ADC") inmate, filed a pro se complaint (docket entry #2) under 42 U.S.C. § 1983, and submitted a calculation sheet reflecting his current prison trust account balances in order to proceed *in forma pauperis* (#1).

The Prison Litigation Reform Act requires plaintiffs who want to proceed *in forma pauperis* to complete an application that includes an affidavit containing a statement of all of his assets that shows he is unable to pay the filing fee. In this case, Mr. Pickard has not provided the Court an affidavit.

The Clerk of the Court is directed to send Mr. Pickard a copy of this order and an application to proceed *in forma pauperis*, including the affidavit, certificate and account statement forms. Mr. Pickard must return an application meeting the requirements of 28 U.S.C. § 1915(a) or pay the $350.00 filing fee to the Clerk within 30 days from the date of this order to continue this lawsuit.[1]

---

[1] Mr. Pickard is notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2): "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

IT IS SO ORDERED this 18th day of March, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE