# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DONNY C. PICKARD**
**ADC # 117212**                                                                                      **PLAINTIFF**

V.                              NO. 4:11CV00222-BRW-BD

**KARL BYRD,** *et al.*                                                                                **DEFENDANTS**

## ORDER

Summons issued to Defendant Christopher Lee Garner through the Pulaski County Sheriff's Department was returned unexecuted, with a notation that he is no longer employed there. The Sheriff's Department has provided, however, the name of Defendant Garner's new employer. (Docket entry #23)

The Clerk of the Court is requested to re-issue a Summons for Defendant Garner. The United States Marshal is directed to serve a copy of the Complaint and Amended Complaint (#2, #8) with any attachments, and the Summons, upon Defendant Garner through the Arkansas State Police, 1 State Police Plaza Drive, Little Rock, Arkansas 72209.

IT IS SO ORDERED this 9th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE