# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONNY C. PICKARD**                                                                                    **PLAINTIFF**

**v.**                                                    **4:11-cv-00222-BRW**

**KARL BYRD,** *et al***.**                                                                                **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere (Doc. No. 149). While neither party filed any objections, on November 2, 2011, the Plaintiff asked that his case be held in abeyance so that he could obtain sworn witness statements.[1] On November 9, 2011, I entered an order granting Plaintiff an additional two weeks to obtain sworn witness statements and file objections.[2] During these two weeks, Plaintiff has failed to file any objections or provide any witness statements.

After careful review of the recommendation, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Pickard's claims are DISMISSED without prejudice. All pending motions are denied as moot.

IT IS SO ORDERED this 28th day of November, 2011.

                                                                              /s/Billy Roy Wilson
                                                                              UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 52.

[2] Doc. No. 53.