**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONNY C. PICKARD**                                                                                            **PLAINTIFF**

v.                                              **4:11-cv-00222-BRW**

**KARL BYRD,** *et al***.**                                                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 28th day of November, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE